IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GOLDYN COOPER,

        Plaintiff,                   No. 2:08-cv-1567 JFM (PC)

      vs.

R. SUBIA, Warden, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On December 5, 2008, plaintiff filed a response to defendants' answer. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

Fed. R. Civ. P. 7(a) (emphasis added). Thus, plaintiff's response to defendants' answer will be placed in the court file and disregarded. Accordingly, IT IS HEREBY ORDERED that plaintiff's December 5, 2008 response to defendants' answer (#13) is disregarded.

DATED: December 16, 2008.

                                              UNITED STATES MAGISTRATE JUDGE

/001; coop1567.77e