IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GOLDYN COOPER,

      Plaintiff,                      No. 2:08-cv-1567 JFM (PC)

   vs.

R. SUBIA, Warden, et al.,              ORDER

      Defendants.

                              /

          On January 28, 2010, plaintiff filed a motion seeking leave of court to depose certain incarcerated witnesses and to permit those witnesses to testify at trial. Upon review, IT IS HEREBY ORDERED that:

          1. Discovery ended in this matter on June 12, 2009, therefore to the extent plaintiff seeks to depose any witnesses, the motion is denied; and

          2. The trial in this matter is presently scheduled for August 23, 2010 before the Honorable John A. Mendez. The court will review and rule on the motion for the attendance of the incarcerated witnesses four to six weeks before trial is scheduled to commence.

DATED: March 3, 2010.

                                                UNITED STATES MAGISTRATE JUDGE

/014; coop1567.dep

1