# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GOLDYN COOPER,**

v.

CASE NO: **2:08−CV−01567−JAM−JFM**

**DION, ET AL.,**

**XX** **−− Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/29/2011**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 30, 2011**

by: /s/ L. Reader
Deputy Clerk